FILED
2014 JUN 26 PM 1:30

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF(S)

v.

Q.T FASHION, INC., ET AL.,

DEFENDANT(S).

Initial Indictment:

CR 14 00372

Case Number to be Assigned by Criminal Intake Clerk

Superseding Indictment:

_____

Case Number

## NOTICE TO COURT OF COMPLEX CRIMINAL CASE
(To Be Filed No Later than Two Business Days
Prior to the Time of Arraignment)

☑   **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐   There are eight (8) or more defendants.  The number of defendants is _____.
and/or

☑   The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days.  The current estimate is  14-18  trial days.

☐   **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐   There are eight (8) or more defendants.  The number of defendants is _____ (The previous number of defendants was _____ ).
and/or

☐   The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days.  The current estimate is _____ trial days.  (The previous estimate was _____ trial days.)

Date:  June 25, 2014 _____

_____
Assistant United States Attorney